United States District Court for the Western District of Kentucky
Case 3:21-cr-00033-DJH   Document 2   Filed 02/26/21   Page 1 of 1 PageID #: 4
Page 1 of 1



## Case Assignment
## Standard Criminal Assignment

Case number **3:21CR-33-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 2/26/2021 3:28:37 PM
Transaction ID: 51195

[Request New Judge]   [Return]