AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:21-CR-33 |
| Varanise Booker | ) | |
| | ) | |
| Defendant | ) | |

**FILED**
JAMES J. VILT JR.,
CLERK
3/18/21
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/18/2021

*Varanise Booker*
Defendant's signature

*[signature]*
Signature of defendant's attorney

Scott Cox
Printed name of defendant's attorney

*Colin Lindsay*
Colin H Lindsay, Magistrate Judge
United States District Court

March 22, 2021