FILED

JAMES J. VILT JR,
CLERK

3/24/2021

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

In the United States District Court
for the ___Western___ District of ___Kentucky___

United States of America    )
                        )
v.                       )    Criminal No.   3:21-CR-33-DJH
                        )
**VARANISE BOOKER**      )

### Consent to Transfer of Case
### for Plea and Sentence

*(Under Rule 20)*

I, V aranise Booker, defendant, have been informed that an Information is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Western District of Pennsylvania in which I was arrested, and to waive trial in the above captioned District (Western District of Kentucky).

Dated: **24 FEB**  , 2021 at **1:30 P.m.**

_____
Varanise
Booker
(Defendant)

_____
(Witness)

_____
Scott Cox
(Counsel for Defendant)

Approved:

_____
United States Attorney for the
Western District of Kentucky

_____
United States Attorney for the
Western District of Pennsylvania

1

Michael A. Bennett
Acting United States Attorney (as of January 20, 2021)

1