CLOSED

# U.S. District Court
## Western District of Kentucky (Louisville)
## CRIMINAL DOCKET FOR CASE #: 3:21−cr−00033−DJH All Defendants

| | |
|---|---|
| Case title: USA v. Booker | Date Filed: 02/26/2021 |
| | Date Terminated: 03/24/2021 |

Assigned to: Judge David J. Hale

### Defendant (1)

| | | |
|---|---|---|
| **Varanise C. Booker**<br>*TERMINATED: 03/24/2021* | represented by | **Scott C. Cox**<br>Cox & Mazzoli, PLLC<br>600 W. Main Street, Suite 300<br>Louisville, KY 40202<br>502−589−6190<br>Fax: 502−584−1744<br>Email: CoxECF@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1347 HEALTH CARE FRAUD −<br>UPCODING<br>(1) | Rule 20 to Western District of Pennsylvania |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Felony | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Christopher C. Tieke (USA)**<br>U.S. Attorney Office − Louisville |

717 W. Broadway  
Louisville, KY 40202  
502−625−7079  
Email: christopher.tieke@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Lettricea Jefferson−Webb**  
U.S. Attorney Office − Louisville  
717 W. Broadway  
Louisville, KY 40202  
502−582−6480  
Fax: 502−582−5097  
Email: lettricea.jefferson−webb@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/26/2021 | 1 | 3 | INFORMATION as to Varanise C. Booker (1): count(s) 1. (SMJ) (Entered: 02/26/2021) |
| 02/26/2021 | 2 | | Case Assignment (Random Selection): Case Assigned to Judge David J. Hale. (SMJ) (Entered: 02/26/2021) |
| 03/01/2021 | 4 | | Sealed Document (SMJ) (Entered: 03/01/2021) |
| 03/02/2021 | 5 | | Summons Returned Executed on 3/1/2021 in case as to Varanise C. Booker. (DLW) (Entered: 03/02/2021) |
| 03/18/2021 | 6 | 6 | WAIVER OF INDICTMENT by Varanise C. Booker. (DLW) (Entered: 03/23/2021) |
| 03/18/2021 | | | Proceedings held before Magistrate Judge Colin H. Lindsay: Arraignment and Initial Appearance as to Varanise C. Booker held on 3/18/2021. (DLW) (Entered: 03/23/2021) |
| 03/22/2021 | | | Attorney update in case as to Varanise C. Booker: Attorney Scott C. Cox for Varanise C. Booker added. (DLW) (Entered: 03/22/2021) |
| 03/23/2021 | 7 | | ORDER FOLLOWING ARRAIGNMENT and initial appearance via video conference by Magistrate Judge Colin H. Lindsay on 3/18/2021 as to Varanise C. Booker: Defendant entered a plea of NOT GUILTY. Jury Trial set for 5/24/2021 at 9:30 AM in Louisville Courtroom before Judge David J. Hale. Trial memorandum due by 4/19/2021. Jury Instructions due by 4/19/2021. Proposed Voir Dire due by 4/19/2021. Defendant is released on her own recognizance pending further order of the Court. cc: Counsel, Jury Administrator (DLW) (Entered: 03/23/2021) |
| 03/24/2021 | 8 | 7 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Western District of Pennsylvania. Counts closed as to Varanise C. Booker (1) Count 1. (DLW) (Entered: 03/25/2021) |

FILED
James J. Vilt Jr.,
Clerk
2/26/21
U.S. District Court
Western District of Kentucky

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**VARANISE C. BOOKER**

INFORMATION

NO. 3:21-cr-33-DJH

18 U.S.C. § 1347

The United States Attorney charges:

## COUNT 1
(*Health Care Fraud – Upcoding*)

On or about and between January 2015 and December 2018, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, **VARANISE C. BOOKER**, defendant herein, knowingly and willfully executed, and attempted to execute, a scheme and artifice to obtain, by means of false or fraudulent pretenses, representations, and promises, money and property owned by and under the custody or control of health care benefit programs, in connection with the delivery of and payment for health care benefits, items, and services, to wit: **VARANISE C. BOOKER** falsely and fraudulently submitted claims to Kentucky Medicaid 1) for office visits at a higher code than the service provided; 2) for office visits that were not medically necessary or within the course of usual medical practice; and 3) for claims for services that were not sufficiently documented in the patient's medical record.

In violation of Title 18, United States Code, Section 1347.

MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:CCT:LJW:2.1.2020

3

UNITED STATES OF AMERICA v. **VARANISE C. BOOKER**

## PENALTIES

Count 1: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

4

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America )<br>v. )<br>Varanise Booker )<br>_____ )<br>Defendant ) | Case No. 3:21-CR-33 |

**FILED**
JAMES J. VILT JR.,
CLERK
3/18/21
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/18/2021

*/s/ Varanise Booker*
Defendant's signature

*/s/ Scott Cox*
Signature of defendant's attorney

Scott Cox
Printed name of defendant's attorney

*/s/ Colin Lindsay*
Colin H Lindsay, Magistrate Judge
United States District Court

March 22, 2021

6

**FILED**

JAMES J. VILT JR,
CLERK

3/24/2021

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

In the United States District Court
for the ___Western___ District of ___Kentucky___

United States of America )
)
v. )  Criminal No.  3:21-CR-33-DJH
)
VARANISE BOOKER )

### Consent to Transfer of Case
### for Plea and Sentence

*(Under Rule 20)*

I, Varanise Booker, defendant, have been informed that an Information is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Western District of Pennsylvania in which I was arrested, and to waive trial in the above captioned District (Western District of Kentucky).

Dated: **24 FEB**, 2021 at **1:30 P.M.**

_____
Varanise Booker
(Defendant)

_____
(Witness)

_____
Scott Cox
(Counsel for Defendant)

Approved:

_____
United States Attorney for the
Western District of Kentucky

_____
United States Attorney for the
Western District of Pennsylvania

1

7

_____
Michael A. Bennett
Acting United States Attorney (as of January 20, 2021)