CLOSED

# U.S. District Court
# Western District of Kentucky (Louisville)
# CRIMINAL DOCKET FOR CASE #: 3:21−cr−00033−DJH All Defendants

Case title: USA v. Booker

Date Filed: 02/26/2021
Date Terminated: 03/24/2021

Assigned to: Judge David J. Hale

### Defendant (1)

**Varanise C. Booker**  represented by  **Scott C. Cox**
*TERMINATED: 03/24/2021*    Cox & Mazzoli, PLLC
  600 W. Main Street, Suite 300
  Louisville, KY 40202
  502−589−6190
  Fax: 502−584−1744
  Email: CoxECF@aol.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*
  *Designation: Retained*

### Pending Counts            ### Disposition

None

### Highest Offense Level (Opening)

None

### Terminated Counts         ### Disposition

18:1347 HEALTH CARE FRAUD −   Rule 20 to Western District of
UPCODING                      Pennsylvania
(1)

### Highest Offense Level (Terminated)

Felony

### Complaints                ### Disposition

None

### Plaintiff

**USA**  represented by  **Christopher C. Tieke (USA)**
  U.S. Attorney Office − Louisville

1

717 W. Broadway
Louisville, KY 40202
502−625−7079
Email: christopher.tieke@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lettricea Jefferson−Webb**
U.S. Attorney Office − Louisville
717 W. Broadway
Louisville, KY 40202
502−582−6480
Fax: 502−582−5097
Email: lettricea.jefferson−webb@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/26/2021 | 1 | | INFORMATION as to Varanise C. Booker (1): count(s) 1. (SMJ) (Entered: 02/26/2021) |
| 02/26/2021 | 2 | | Case Assignment (Random Selection): Case Assigned to Judge David J. Hale. (SMJ) (Entered: 02/26/2021) |
| 03/01/2021 | 4 | | Sealed Document (SMJ) (Entered: 03/01/2021) |
| 03/02/2021 | 5 | | Summons Returned Executed on 3/1/2021 in case as to Varanise C. Booker. (DLW) (Entered: 03/02/2021) |
| 03/18/2021 | 6 | | WAIVER OF INDICTMENT by Varanise C. Booker. (DLW) (Entered: 03/23/2021) |
| 03/18/2021 | | | Proceedings held before Magistrate Judge Colin H. Lindsay: Arraignment and Initial Appearance as to Varanise C. Booker held on 3/18/2021. (DLW) (Entered: 03/23/2021) |
| 03/18/2021 | 10 | 4 | Personal Recognizance Bond Entered as to Varanise C. Booker. (DLW) (Entered: 03/29/2021) |
| 03/22/2021 | | | Attorney update in case as to Varanise C. Booker: Attorney Scott C. Cox for Varanise C. Booker added. (DLW) (Entered: 03/22/2021) |
| 03/23/2021 | 7 | | ORDER FOLLOWING ARRAIGNMENT and initial appearance via video conference by Magistrate Judge Colin H. Lindsay on 3/18/2021 as to Varanise C. Booker: Defendant entered a plea of NOT GUILTY. Jury Trial set for 5/24/2021 at 9:30 AM in Louisville Courtroom before Judge David J. Hale. Trial memorandum due by 4/19/2021. Jury Instructions due by 4/19/2021. Proposed Voir Dire due by 4/19/2021. Defendant is released on her own recognizance pending further order of the Court. cc: Counsel, Jury Administrator (DLW) (Entered: 03/23/2021) |
| 03/24/2021 | 8 | | |

| | | | |
|---|---|---|---|
| | | | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Western District of Pennsylvania. Counts closed as to Varanise C. Booker (1) Count 1. (DLW) (Entered: 03/25/2021) |
| 03/25/2021 | 9 | | Notice to Western District of Pennsylvania of a Rule 20 Consent to Transfer as to Varanise C. Booker. Docket sheet and documents attached. Request for certified copies of documents should be sent to kywdml_CRAssignment@kywd.uscourts.gov. (DLW) (Entered: 03/25/2021) |

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
JAMES J. VILT JR,
CLERK
March 18, 2021
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

United States of America )
v. )
VARANISE C. BOOKER ) Case No. 3:21CR-33-DJH
)
Defendant )

## APPEARANCE BOND

### Defendant's Agreement

I, **VARANISE C. BOOKER** *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:
(X)  to appear for court proceedings;
(X)  if convicted, to surrender to serve a sentence that the court may impose; or
(  )  to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(X) (1) This is a personal recognizance bond.

(  ) (2) This is an unsecured bond of $

(  ) (3) This is a secured bond of $                    , secured by:

　(  ) (a) $                    , in cash deposited with the court.

　(  ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:



If this bond is secured by real property, documents to protect the secured interest may be filed of record.

　(  ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

4

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:                                                  *[signature]*
                                                       *Defendant's signature*             SIGN HERE

Surety/property owner – printed name          Surety/property owner – signature and date

Surety/property owner – printed name          Surety/property owner – signature and date

Surety/property owner – printed name          Surety/property owner – signature and date

Date:    March 18, 2021                  CLERK OF COURT
                                         *T. Burch*
                                         Signature of Clerk or Deputy Clerk

Approved.

Date:    March 18, 2021                  *[signature]*

                                         Colin H Lindsay, Magistrate Judge
                                         United States District Court

5