IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:21cr126 |
| | ) | **Electronic Filing** |
| | ) | |
| **VARANISE C. BOOKER** | ) | |

## ORDER OF COURT

AND NOW, this 29th day of June, 2021, the Information at the above-captioned matter having been transferred here from the Western District of Kentucky for entry of a guilty plea and sentence, see Doc. No. 1, and this court having confirmed with counsel that defendant Varanise C. Booker does not intend to enter a guilty plea to the charge in the Information, IT IS ORDERED that the Clerk of Court transfer the criminal proceeding at 2:21cr126 back to the United States District Court for the Western District of Kentucky forthwith. See Fed. R. Crim. P. 20(c). Upon transfer, the proceeding at 2:21cr126 shall be deemed terminated in this District.

s/ David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:   Stephen S. Stallings, Esquire
      Kiersten Haley Mallon, Esquire
      Eric G. Olshan, AUSA

(*Via CM/ECF Electronic Mail*)



CERTIFIED FROM THE RECORD
06/30/2021
Joshua C. Lewis
Sarah M. Sewall
Deputy Clerk