# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CRIMINAL DOCKET FOR CASE #: 2:21-cr-00126-DSC All Defendants

| | |
|---|---|
| Case title: USA v. BOOKER<br>Other court case number: 3:21-cr-33 Western District of Kentucky | Date Filed: 03/25/2021<br>Date Terminated: 06/30/2021 |

Assigned to: Judge David S. Cercone

**Defendant (1)**

| | | |
|---|---|---|
| **VARANISE BOOKER**<br>*TERMINATED: 06/30/2021* | represented by | **Stephen S. Stallings**<br>The Law Offices of Stephen S. Stallings, Esq.<br>310 Grant Street<br>Suite 3600<br>Pittsburgh, PA 15219<br>412-322-7777<br>Fax: 412-322-7773<br>Email: attorney@stevestallingslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |



CERTIFIED FROM THE RECORD
06/30/2021
Joshua C. Lewis
Sarah M. Sewall
Deputy Clerk

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 1347 HEALTH CARE FRAUD - UPCODING<br>(1) | Transferred to Western District of Kentucky pursuant to Fed. R. Crim. P. 20(c) |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Felony | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Eric G. Olshan**<br>United States Attorney's Office<br>700 Grant Street<br>Suite 4000 |

Pittsburgh, PA 15219
412-894-7446
Fax: 412-644-2644
Email: eric.olshan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Govt Atty*

**Mark V. Gurzo**
U.S. Attorney's Office
700 Grant Street
Suite 4000
Pittsburgh, PA 15219
412-894-7518
Email: Mark.Gurzo@usdoj.gov
*TERMINATED: 03/30/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Govt Atty*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2021 | 1 | CONSENT TO TRANSFER JURISDICTION (Rule 20) from Western District of Kentucky as to VARANISE BOOKER. (Attachments: # 1 Judgment, # 2 Waiver of Indictment, # 3 Information, # 4 Docket sheet) (lar) (Entered: 03/26/2021) |
| 03/26/2021 | 2 | NOTICE OF ATTORNEY APPEARANCE Mark V. Gurzo appearing for USA. (Gurzo, Mark) (Entered: 03/26/2021) |
| 03/29/2021 | 3 | MOTION to Withdraw as Attorney by Mark V. Gurzo on behalf of by USA as to VARANISE BOOKER. (Attachments: # 1 Proposed Order) (Gurzo, Mark) (Entered: 03/29/2021) |
| 03/29/2021 | 5 | ADDENDUM (Updated Docket Sheet) filed by Western District of Kentucky RE: VARANISE BOOKER to 1 Rule 20 - Transfer In (Attachments: # 1 Appearance Bond) (lar) (Entered: 03/30/2021) |
| 03/30/2021 | 4 | ORDER granting 3 Motion to Withdraw as Attorney. Mark V. Gurzo withdrawn from case as to VARANISE BOOKER (1). Signed by Judge David S. Cercone on 3/30/2021. Text-only entry; no PDF will issue. This Text-only entry constitutes the Order of the Court or Notice on the matter. (kly) (Entered: 03/30/2021) |
| 04/30/2021 | 6 | MOTION to Conduct Change of Plea Haring by Videoconference by VARANISE BOOKER. (Stallings, Stephen) (Entered: 04/30/2021) |
| 05/03/2021 | 7 | ORDER granting 6 Motion to Conduct Change of Plea Haring by Videoconference as to VARANISE BOOKER (1). Signed by Judge David S. Cercone on 4/30/2021. (kly) (Entered: 05/03/2021) |
| 05/03/2021 |  | Set/Reset Hearings as to VARANISE BOOKER: **Change of Plea Hearing set for 5/20/2021 at 11:30 AM in Video Conference** before Judge David S. Cercone. (kly) (Entered: 05/03/2021) |
| 05/18/2021 | 8 | Information MEMORANDUM as to VARANISE BOOKER (Olshan, Eric) (Entered: 05/18/2021) |
| 05/19/2021 | 9 | Unopposed MOTION to Continue *Plea Hearing* by VARANISE BOOKER. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order) (Stallings, Stephen) (Entered: 05/19/2021) |
| 05/19/2021 | 10 | ORDER granting 9 Motion to Continue Plea Hearing as to VARANISE BOOKER (1). Change of Plea Hearing originally set for 5/20/2021 has been **RESCHEDULED to 7/1/2021 at 11:00 AM in Video Conference** before Judge David S. Cercone. Signed by Judge David S. Cercone on 5/19/2021. (kly) (Entered: 05/19/2021) |
| 06/30/2021 | 12 | Order of Transfer/Return to Western District of Kentucky. Counts closed as to VARANISE BOOKER (1) Count(s) 1. Signed by Judge David S. Cercone on 6/29/2021. (sms) (Entered: 06/30/2021) |
| 06/30/2021 | 13 | Remark: Certified copies of Order of Transfer and docket sheet forwarded to Western District of Kentucky. Text-only entry. No PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (sms) (Entered: 06/30/2021) |