UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                         CRIMINAL ACTION NO.  3:21-CR-033-DJH

VARANISE C. BOOKER                                                           DEFENDANT

<u>**ORDER FOLLOWING STATUS CONFERENCE**</u>

This case was called in open court on July 19, 2021, for a Status Conference. Christopher C. Tieke, Assistant United States Attorney, was present, as was the Defendant, on bond, with retained counsel, Scott C. Cox.  The official court reporter was Dena Legg.

The Court and counsel discussed the procedural posture of the case.  The charging document in this matter is a one (1) count Information.  Counsel for the Defendant advised the Court that this matter was transferred to the Western District of Pennsylvania to allow the Defendant to enter a global plea agreement as to the charges against her in this District and the Western District of Pennsylvania.  The Defendant having not understood the terms contained within the global plea agreement, did not enter a plea in the Western District of Pennsylvania as expected, and this matter was returned to this District for disposition.  The United States advised the Court that it is considering presenting the matter to a Grand Jury and proceeding via an Indictment.  Counsel for the Defendant believes that should additional time be allowed for the Defendant to understand exactly what she is pleading to, that this matter can ultimately be transferred back to the Western District of Pennsylvania for the Defendant to enter a global plea agreement.  Both parties advised the Court that they believe this matter is complex in nature. Based on the discussion during the conference, and the Court being otherwise sufficiently advised,

1

**IT IS HEREBY ORDERED** as follows:

1. This matter is **CONTINUED to September 1, 2021, at 1:30 p.m., for a further Status Conference**, before the Honorable Colin H. Lindsay, United States Magistrate Judge, at the Gene Snyder U.S. Courthouse, Louisville, Kentucky.

2. The time between **July 19, 2021**, and **September 1, 2021**, is **DECLARED** excludable in computing the time within which the trial must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A); (h)(7)(B)(i).  The Court **FINDS** that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  Specifically, failure to grant the continuance would likely make a continuation of the proceeding impossible or result in a miscarriage of justice, due to the need for time for the parties to continue their discussions as to a potential resolution in this matter and for defense counsel to otherwise counsel the Defendant. 18 U.S.C. § 3161(h)(7)(A); (h)(7)(B)(i).  The Court **HOLDS** that the continuance is not made for the purpose of undue delay, nor is this continuance granted "because of general congestion of the Court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." 18 U.S.C. § 3161(h)(7)(C).

3. The Defendant shall remain under the terms and conditions of her present bond.

Colin H Lindsay, Magistrate Judge
United States District Court

July 21, 2021

cc: Counsel of Record
United States Probation

Court Reporter: Dena Legg

Time: 00/20