UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:21-CR-00033-DJH
*Electronically Filed*

UNITED STATES OF AMERICA                      PLAINTIFF

V.                  **UNOPPOSED MOTION TO CONTINUE
PRETRIAL CONFERENCE**

VARANISE BOOKER                      DEFENDANT

Ms. Booker has a pretrial conference scheduled with the Court on Monday, October 4, 2021 at 10:30 a.m. Ms. Booker is scheduled to plead guilty in federal court in Pittsburg on Tuesday, October 5, 2021. Her Pittsburg attorney needs for her to be with him on Monday, October 4, to prepare her for her change of plea on Tuesday.

The United States and undersigned counsel for Ms. Booker have been working diligently to resolve her case in Louisville. The parties are close to a resolution and the Court could schedule this matter for a change of plea in the next two to three weeks. The additional time should be all that is needed for the parties to finish their negotiations.

The United States has no objection to a brief continuance of the October 4, 2021 pretrial so that the parties can finalize an agreement.

WHEREFORE, this Court is respectfully requested to enter the attached Order.

**RESPECTFULLY SUBMITTED,**

/s/ *SCOTT C. COX*
**SCOTT C. COX**
**COX & MAZZOLI, PLLC**
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ *Scott C. Cox*
Scott C. Cox