UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:21-CR-00033-DJH

| | |
|---|---:|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.     **ORDER** | |
| VARANISE BOOKER | DEFENDANT |

Motion having been made and with this Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the pretrial conference currently scheduled for October 4, 2021 is continued for a change of plea to the _____ day of _____, 2021 at _____.