UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:21-cr-33-DJH

VARANISE C. BOOKER, Defendant.

\* \* \* \* \*

### ORDER

In accordance with the Court's prior order (Docket No. 18), it is hereby

**ORDERED** as follows:

(1) The status conference is **RESCHEDULED** for **October 18, 2021, at 1:30 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from October 1, 2021, to October 18, 2021, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

October 4, 2021

David J. Hale, Judge
United States District Court