UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ELECTRONICALLY FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL ACTION NO. 3:21-CR-00033-DJH |
| VARANISE C. BOOKER | DEFENDANT |

# VARANISE BOOKER'S SENTENCING MEMORANDUM

Varanise Booker has pleaded guilty to prescribing Schedule IV anti-anxiety medications for some of her psychiatric patients without proper testing and similar safeguards. (Plea Agreement, R. 24 pp. 1-2, Page ID # 57-58; Presentence Report, R. 28 pp. 5-6 ¶¶ 12-14, Page ID # 93-94.) Dr. Booker has also agreed to pay about $1.5 million restitution to Kentucky Medicaid to reimburse the agency for office visits that fell below required standards for patient examinations and consultations. (PSR, R. 28 pg. 6 ¶ 15, Page ID # 94.) The Sentencing Guidelines assign Dr. Booker a final offense level of 8 points and a criminal history category of I, a juncture designating probation as the appropriate penalty. (*Id.* at pg. 7 ¶ 29 and pg. 17 ¶ 73, Page ID # 95, 105.)

The Presentence Report offers a clear summary of Dr. Booker's offense and gives some highlights of her education and professional career. A few more comments here will round out the Court's picture of Dr. Booker's life and achievements.

Born Varanise Colbert, Dr. Booker grew up in Louisville's Park Hill projects. She was her mother's first child, born when her mother was sixteen. As the eldest of six children, young Varanise became a second mother to her five siblings; considering these early years in terms of her later focus on child psychiatry, she says, "I've always been taking care of kids."

She was a good but unmotivated high school student, and then became a mother in her own right at the age of seventeen. The birth of her son changed her; she remembers swearing to herself, "I'll graduate high school and then I'm going to go to college and get out of the projects." She did just that, earning a bachelor's degree in nursing from Louisville's Spalding College in 1979. She worked for nine years in the nursing profession, and increasingly enjoyed assignments in the pediatric and psychiatric fields. She soon realized that her calling was to be a doctor.

She entered the University of Louisville's School of Medicine in 1992. Admissions officers had not been encouraging: they told her that Black people and women were both statistically likely to struggle in medical school. She worked hard, but did not struggle:

she excelled. When she graduated with her medical degree, the school's Department of Psychiatry and Behavioral Sciences bestowed on her the S. Spafford Ackerly Award, given annually to the fourth-year medical student who has shown the greatest proficiency in psychiatry. Her work during a two-year fellowship in child psychiatry at University of Louisville Hospital won her the prestigious E. Y. Williams, M.D. Resident of Distinction Award, an honor presented by the National Medical Association to the country's foremost demonstrator of "outstanding academic, clinical, and administrative leadership … as they pertain to impoverished and/or minority populations in public psychiatry." The American College of Psychiatrists followed suit in 2001 by designating Dr. Booker one of twelve residents from the United States and Canada "deemed likely to make a significant contribution to the field of psychiatry."

Dr. Booker entered private practice in July 2002. She made a career of treating, in her words, "all the patients nobody else wants to see." She is passionate about child psychiatry, describing it as "preventive medicine." Her commitment to serving the poor led her to turn down opportunities that promised financial rewards but would have kept her from continuing her work with the underprivileged. "She has a big heart and does anything she can to help people," writes a friend. (Attach. 1, Letter.)

During Dr. Booker's career, psychiatric treatment in Louisville was extremely limited for people on Medicaid, especially children. A national survey in the mid-2000's indicated that Kentucky had only 84 child and adolescent psychiatrists per 100,000 young people; even worse, on a nationwide basis, was the "inverse relationship of child and adolescent psychiatrists to percentage of youth living in poverty," particularly in view of the fact that "those living in poverty are at greater risk for developing mental disorders."[1] An advocate for impoverished children reported that 50% of young people in the welfare system have mental health problems, and 85% of the children who have such problems do not receive any mental health services;[2] consistent with this, the U.S. Surgeon General observed recently that "socioeconomically disadvantaged children and adolescents … are two to three times more likely to develop mental health conditions

---

[1] Christopher Thomas, M.D. and Charles Holzer, Ph.D., "The Continuing Shortage of Child and Adolescent Psychiatrists," 45:9 *J. Am. Acad. Child Adolesc. Psych* 1, 4, 7 (Sep. 2006); https://www.aacap.org/App_Themes/AACAP/docs/Advocacy/federal_and_state_initiatives/workforce/continuing_shortage_of_cap.pdf (last visited January 13, 2022).

[2] Shannon Stagman and Janice Cooper, "Children's Mental Health: What Every Policymaker Should Know," Nat'l Ctr. for Children in Poverty, Columbia Univ. (April 2010); http://www.nccp.org/publications/pdf/text_929.pdf (last visited December 7, 2016).

that peers with higher socioeconomic status."[3] The few Medicaid-enrolled children who are fortunate enough to receive a psychiatrist's services are often unable to secure proper follow-up monitoring of their drug regimens.[4] It can therefore be said without exaggeration that many of the children Dr. Booker helped would have gone without any services at all if she had not taken care of them.

Dr. Booker's commitment to helping others has not been limited to providing medical care. She is an ordained minister who helps with the services of a Louisville church. For several years, she made meals for needy people living nearby her medical offices. But by far her most pressing responsibilities have concerned her family, and these have intensified in the last few years with the sickness and death of her daughter, Erika.

In 2011, after Erika became pregnant with her fifth child, prenatal tests revealed a lump in her breast, and further

---

[3] U.S. Surgeon Gen. Advisory, *Protecting Youth Mental Health* pg. 8 (2021), available at https://www.hhs.gov/sites/default/files/surgeon-general-youth-mental-health-advisory.pdf (last visited January 13, 2022).

[4] Daniel Levinson, "Second-Generation Anti-Psychotic Drug Use Among Medicaid-Enrolled Children: Quality-of-Care Concerns," U.S. Dep't of Health & Human Services, Office of Inspector General (March 2015); https://oig.hhs.gov/oei/reports/oei-07-12-00320.pdf (last visited January 13, 2022).

examination showed it to be malignant. Erika's physicians urged her to begin immediate and aggressive radiation and chemotherapy treatments. This option would have been fatal to the fetus, however, and Erika chose to delay the cancer treatments.

She delivered a healthy baby. A double mastectomy and chemotherapy seemed to arrest Erika's cancer by 2013, but the treatment paralyzed one arm and left her partially disabled. At this point, Dr. Booker assumed responsibility for the four children living with Erika (the fifth resided with the child's father) and began to take care of most of the cooking, cleaning, school-related chores, and other household obligations. The death of Dr. Booker's husband in 2012 focused these responsibilities all the more narrowly on her alone. Cancer returned to Erika's liver and brain in early 2014; brain surgery caused partial blindness and made Erika almost totally dependent on her mother.

Erika died in October 2014. Dr. Booker became the fulltime custodian of four of Erika's children, a responsibility she maintains to this day. (*See* PSR, R. 28 pg. 11 ¶ 54, Page ID # 99.) The experience has been difficult at times. Erika's son was born with a heart defect and has spent long stretches in delicate health; one daughter was born with her intestines on the outside of her body and has suffered severe gastrointestinal difficulties; Erika's eldest daughter has struggled with attention deficit hyperactivity disorder. Dr. Booker has increasingly taken on the care of her

elderly mother, too: she sees to her medical care (including recent heart surgery), prepares her meals, monitors compliance with her drug regimen, and much more.

Dr. Booker retired from medicine in 2020, just after the COVID-19 virus made its entrance into American life. Her retirement affected, but did not entirely eliminate, her efforts to help her many former patients, the majority of whom are in demographic populations especially vulnerable to COVID's harm. She explains that she made a practice of giving her cell phone number to her patients when she was treating them, and so there are many people in the community who have called her in the past few years with questions about how to manage the physical, mental, and emotional stresses of the virus. Dr. Booker refers her callers to an appropriate public health service when possible, and consults for free with medical professionals treating her former patients, and otherwise does whatever she can to fill the breach.

She cannot practice medicine again, but she hopes to put her education and experience to good use in some other way. She may try to find a job as a teacher of medical students, or may write study guides for schools or community agencies about treating mental illness. "I've accepted responsibility," she says, "my mind is in a good place, and I just want to use my training to help people in any way I can."

The sentence of probation recommended by the Sentencing Guidelines is also sufficient, but not greater than necessary, to meet the goals of criminal punishment in our case. The defense asks the Court to approve such a sentence for Dr. Booker.

Respectfully submitted,

*Michael R. Mazzoli*
Scott C. Cox
Michael R. Mazzoli
Attorneys for Defendant Booker
COX & MAZZOLI PLLC
600 West Main Street, Suite 300
Louisville, Kentucky 40202
502-589-6190
MazzoliCMLaw@aol.com

## CERTIFICATE OF SERVICE

On January 17, 2022, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

*Michael R. Mazzoli*
Scott C. Cox
Michael R. Mazzoli