January 14, 2022

Honorable David J. Hale
Judge, United States District Court
Gene Snyder United States Courthouse
601 West Broadway
Louisville, Kentucky 40202

      Re:  United States v. Varanise Booker

          Case No.  3:21-CR-33

Dear Judge Hale,

    I am writing on behalf of Varanise Booker to provide information that will hopefully help you decide an appropriate punishment for her.

    I have known Varanise for approximately 10 years.  Varanise has always helped the most destitute patients in Louisville.  If you walk into her practice, you will quickly see that she is not living lavishly.  She has a big heart and does anything she can to help people.  Her grandkids played basketball at the same academy as my kids.  She really encourages all kids to do what is right and to try their best.

    She clearly regrets what she has done to put herself in this situation with this case.  I have watched the pain she has gone through with this process.  As an example of her regret, she stepped down from her position at Associates in Behavioral Health and turned all clinical decisions over to Dr. Danya Trowell a few years ago.  She did not wait until this case was completed.

    Thank you for your consideration of this letter on behalf of Varanise when you decide her sentence.

    Sincerely,

*[signature]*

Nick Pfeiffer
Louisville, KY 40059