

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                                                               CRIMINAL NO. 3:21-CR-00033-DJH
                                                                 *Filed Electronically*

VARANISE C. BOOKER                                               DEFENDANT

## AGREED ORDER OF RESTITUTION

Defendant, Varanise C. Booker, having pleaded guilty, the parties having agreed on restitution and this Court being sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. The Defendant is sentenced and ordered to pay restitution in the amount of $1,499,520. The Defendant is also required to pay a Special Penalty Assessment in the amount of $100.

2. Restitution is due in the shortest time period possible, and not withstanding any other provision of this Restitution Order, the United States may enforce restitution at any time.

3. If incarcerated, and the Defendant participates in the Bureau of Prisons' Inmate Financial Responsibility Program, payments shall be made in accordance with the terms of the program. If restitution is not paid in full and if the Defendant is not incarcerated or following any term of incarceration, Defendant shall make restitution payments of not less than the amount of the Defendant's "non-exempt disposable earnings," as that term is defined in 28 U.S.C. § 3002(9). Defendant will be added to the Treasury Offset Program.

4. Interest **shall not accrue** as provided in 18 U.S.C. § 3612(f) and is hereby waived.

5. The victims' names, addresses, and total losses are as follows:

| VICTIM | ADDRESS | AMOUNT OF LOSS |
|---|---|---|
| Medicare | CMS<br>Division of Accounting Operations<br>P.O. Box 7520<br>Baltimore, MD 21207-0520 | $1,055,772.64 |
| Kentucky Medicaid | Kentucky State Treasurer<br>Attn: Bryan Hubbard<br>Executive Director<br>Office of Medicaid Fraud & Abuse<br>Office of the Attorney General<br>1024 Capital Center Drive<br>Frankfort, KY 40601 | $443,747.36 |
| Total Amount | | $1,499,520 |

6. The amount of restitution paid to any victim shall not exceed the victim's total loss from the offense of conviction.

7. All payments must be made to the United States District Court Clerk, Gene Snyder Courthouse, 601 West Broadway, First Floor, Louisville, KY 40202.

8. As long as the Defendant owes restitution, the Defendant shall notify, within 30 days, the Clerk of the Court and the United States Attorney's Office, Financial Litigation Unit, 717 W. Broadway, Louisville, KY, 40202, of: (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances.

9. This Restitution Order is pursuant to 18 U.S.C. § 3664 and shall be incorporated into the Judgment and Conviction as if set out verbatim therein.

January 27, 2022

David J. Hale, Judge
United States District Court

Having seen and agreed to by:

MICHAEL A. BENNETT
United States Attorney
By:

_[signature]_
Christopher C. Tieke
Lettricea Jefferson-Webb
Assistant United States Attorney

_Scott C. Cox_
Scott Cox
Counsel for Defendant

Cc:

United States Probation
Louisville, Kentucky

Financial Clerk
United States District Court Clerk